No. 411. SAME *v.* RED STAR TOWING & TRANSPORTATION Co. October 28, 1929. Petition for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Chauncey I. Clark* for petitioner. *Messrs. John C. Prizer* and *Carroll Single* for respondents.

No. 413. MURRAY ET AL. *v.* MONIDAH TRUST ET AL. October 28, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Alfred Lucking, William Lucking,* and *Nat Schmulowitz* for petitioners. *Mr. Edward I. Barry* for respondents.

No. 416. YOUNG ET AL. *v.* SOUTHERN PACIFIC Co. October 28, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Dudley F. Phelps* and *Frank M. Swacker* for petitioners. *Mr. Gordon M. Buck* for respondent.

No. 418. ATLANTA TERMINAL Co. *v.* GEORGIA PUBLIC SERVICE COMM'N. October 28, 1929. Petition for writ of certiorari to the Supreme Court of Georgia denied. *Messrs. Mark Bolding* and *Arthur Heyman* for petitioner. *Mr. Samuel D. Hewlett* for respondent.

No. 419. BUSH TERMINAL Co. *v.* THE SIDNEY M. HAUPTMAN ET AL. October 28, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. O. D. Duncan* and *Russell T. Mount* for petitioner. *Messrs. Mark W. Maclay* and *John Tilney Carpenter* for respondents.